UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN BURRELL
    Plaintiff,

v.                                Civil Action No. 12-30078-KPN

MASSACHUSETTS DISTRICT COURT
WESTFIELD, MASSACHUSETTS,
    Defendant

REPORT AND RECOMMENDATION WITH REGARD TO
SUMMARY DISMISSAL PURSUANT TO 28 U.S.C. § 1915
June 7, 2012

NEIMAN, M.J.

On April 18, 2012, Stephen Burrell ("Plaintiff"), a resident of Westfield, Massachusetts, filed a self-prepared civil rights complaint naming the Massachusetts District Court in Westfield, Massachusetts, as a defendant. Plaintiff complains that he was denied due process in connection with state court proceedings in which he was a defendant. Specifically, Plaintiff claims he was denied an opportunity to review evidence, that his complaint against a witness was dismissed, and that a layperson was allowed to speak and represent the opposing party over his objections. In his original complaint, Plaintiff filed a Motion for Leave to Proceed *in forma pauperis*, which the court granted on May 2, 2012, and a summons issued. Nonetheless, because Plaintiff has sought to file his complaint without the prepayment of the filing fee, the court has authority to determine if it satisfies the requirements of section 1915 of Title 28, the federal *in forma pauperis* statute. *See* 28 U.S.C. § 1915.

*[Handwritten margin note:]* Upon de novo review, this Report and Recommendation is hereby adopted without opposition. The complaint is hereby dismissed. This case may now be closed. So ordered. Michael A. Ponsor USDJ 7.6.12