# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN BURRELL,    )<br>    Plaintiff    )<br>    )<br>    v.    )<br>    )<br>MASSACHUSETTS DISTRICT COURT  )<br>WESTFIELD, MASSACHUSETTS,    )<br>    Defendant    ) | CIVIL ACTION NO. 3:12-cv-30078 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

 

SARAH A. THORNTON,
CLERK OF COURT

Dated:  July 6, 2012            By  /s/ *Maurice G. Lindsay*
                                                                               Maurice G. Lindsay
                                                                               Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
    [jgm.]