# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| STEPHEN BURRELL, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:12-cv-30078 -MAP |
| | ) | |
| MASSACHUSETTS DISTRICT COURT | ) | |
| WESTFIELD, MASSACHUSETTS, | ) | |
| Defendant | ) | |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated: July 6, 2012     By /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
[jgm.]